IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL BAKER, individually, and as Personal Representative of the Estate of Robert Baker Sr., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BIG OX ENERGY, LLC and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants. | 8:18-CV-493<br><br>ORDER |

This case was removed a week ago from the District Court for Dakota County, Nebraska. Filing 1. However, the removing defendants did not provide the Court with "a copy of all process, pleadings, and orders" from the state court action, as required by 28 U.S.C. § 1446(a). *See* filing 1. The Clerk of the Court has repeatedly attempted to contact counsel about the deficiency, but counsel has neither responded to the Clerk nor filed the missing documents.

Without operative pleadings, there is no case to adjudicate, much less any basis for the Court to assess its own jurisdiction. Accordingly,

IT IS ORDERED:

1. Pursuant to 28 U.S.C. §§ 1446(a) and 1447(b), the removing defendants shall file copies of all records and proceedings before the state court, <u>on or before November 2, 2018</u>.

2. Noncompliance with this order may result in this case being remanded to state court without further notice.

3. The Clerk of the Court is directed to set a case management deadline for November 5, 2018, with the following docket text: Check for state court pleadings.

Dated this 26th day of October, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge