IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL BAKER, individually, and as Personal Representative of the Estate of Robert Baker Sr., Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BIG OX ENERGY, LLC, and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants. | 8:18-CV-493<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 17), recommending that the Court deny the plaintiff's motion to remand (filing 12). There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).

The Court finds that the Magistrate Judge's recommendation should be adopted. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 17) are adopted.

2. The plaintiff's motion to remand (filing 12) is denied.

Dated this 23rd day of January, 2019.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Chief United States District Judge