IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL BAKER, individually, and as Personal Representative of the Estate of Robert Baker Sr., Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BIG OX ENERGY, LLC, and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants. | 8:18CV493<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) On or before July 15, 2019, Defendants shall file their anticipated motions for leave to add third parties. To facilitate expeditious progression of this action,

    a. Defendants' proposed third-party petitions shall be served on Plaintiff's counsel at least seven (7) days before the motions are filed, and

    b. Defendants' motions to add third parties shall state whether Plaintiff's counsel opposes the motions.

2) The clerk shall set a case management deadline of July 16, 2019 to confirm the motions were timely filed or, in the alternative, that a case progression schedule can now be entered.

June 4, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge