IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL BAKER individually, and as Personal Representative of the Estate of ROBERT BAKER SR., deceased,<br><br>Plaintiffs,<br>v.<br><br>BIG OX ENERGY, LLC and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants.<br><br>BIG OX ENERGY, LLC, and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>OLSSON, INC. and CHS, INC.,<br><br>Third-Party Defendants. | CASE NO. 8:18-cv-493<br><br>**RULE 502(d) ORDER** |

As requested in the parties' joint motion, (Filing No. 76), which is hereby granted,

1. The production of attorney-client privileged or work-product protected documents, electronically stored information ("ESI"), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

July 6, 2020.

BY THE COURT:

*Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge