IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL BAKER, individually, and as Personal Representative of the Estate of Robert Baker Sr., Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BIG OX ENERGY, LLC, and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants. | 8:18CV493<br><br>**ORDER** |

1) The motion to withdraw filed by David A. Domina, Domina Law Group PC LLO, Brian E. Buckmeier, and Brian E. Buckmeier P.C, as counsel of record for Plaintiffs (Filing No. 86), is granted.

2) As to Carol Baker in her individual capacity, on or before December 7, 2020, she shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of her claims without further notice.

3) As to the estate of Robert Baker, Sr., an estate cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before December 7, 2020, Plaintiffs shall either obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in dismissal of Plaintiffs' claims without further notice.

4) David A. Domina shall provide a copy of this order to Plaintiffs and file a certificate of service stating the manner and date of that service, including therein the Plaintiffs' mailing address(es).

November 16, 2020

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge