IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL BAKER, Individually and as Personal Representative of the Estate of Robert Baker Sr., Deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>BIG OX ENERGY, LLC, and BIG OX ENERGY-SIOUXLAND, LLC,<br><br>Defendants.<br>―――――――――――――<br>BIG OX ENERGY, LLC and BIG OX ENERGY SIOUXLAND, LLC,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>OLSSON, INC. and CHS, INC.<br><br>Third-Party Defendants. | 8:18-cv-493<br><br><br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed R. Civ. P. 41(a), Plaintiff Carol Baker, Individually and as Personal Representative of the Estate of Robert Baker Sr., Deceased; Defendants and Third-Party Plaintiffs Big Ox Energy, LLC and Big Ox Energy Siouxland, LLC; and Third-Party Defendants CHS, Inc. and Olsson, Inc. by and through their attorneys of record, hereby stipulate to dismissal **with prejudice** of the above captioned-litigation, each party to pay its own costs.

**Carol Baker, Individually and as Personal Representative of the Estate of Robert Baker Sr., Deceased,** Plaintiffs

/s/Patrick L. Sealey

Patrick L. Sealey,
Heidman Law Firm, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, Iowa 51102
Patrick.sealey@heidmanlaw.com

**Big Ox Energy, LLC and Big Ox Energy Siouxland, LLC,**
Defendants and Third-Party Plaintiffs

/s/Dan H. Ketcham

Dan H. Ketcham #18930
ENGLES, KETCHAM, OLSON & KEITH, PC
1350 Woodmen Tower
Omaha, NE 68102
(402) 348-0900
dketcham@ekoklaw.com

**OLSSON, INC.**, Third-Party Defendant

/s/Theresa D. Koller

Kevin J. Schneider, #18898
Theresa D. Koller, #22437
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144-1105
Phone: (402) 397-1700
kschneider@clinewilliams.com
tkoller@clinewilliams.com

**CHS, Inc.**, Third-Party Defendant

/s/Maryl C. Sattler

Kristopher J. Covi #21462
Maryl C. Sattler #25869
MCGRATH NORTH MULLIN & KRATZ
1601 Dodge Street, Suite 3700
Omaha, NE 68102
(402) 341-3070
kcovi@mcgrathnorth.com
msattler@mcgrathnorth.com

and

Kodi J. Verhalen
Jason R. Asmus
BRIGGS AND MORGAN, P.A.
2200 IDS Center
90 south Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400
kverhalen@briggs.com
jasmus@briggs.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 26, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.


              /s/Theresa D. Koller